UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| BILL K. SHIPLEY, | ) |
| *Plaintiff,* | ) ) ) Case No. 2:11-cv-358 |
| v. | ) ) Judge Mattice |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) Magistrate Judge Carter ) ) |
| *Defendant.* | ) ) |

# **ORDER**

United States Magistrate Judge William B. Carter filed his Report and Recommendation (Doc. 15) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Plaintiff has filed timely objections. (Doc. 16).

The Court has reviewed the record *de novo*, including those portions of Magistrate Judge Carter's Report and Recommendation to which Plaintiff has objected. *See* Fed. R. Civ. Proc. 72(b). Plaintiff's objections raise no new arguments; instead, they are simply reiterations of issues he previously raised in his Motion for Judgment on the Pleadings. (*See* Docs. 9-10, 16). Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Carter's well-reasoned and well-supported Report and Recommendation, in which he fully addressed Plaintiff's arguments.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's objections (Doc. 16) are **OVERRULED**. Plaintiff's Motion for Judgment on the Pleadings (Doc. 9) is **DENIED**. Defendant's Motion for Summary

Judgment (Doc. 11) is **GRANTED**. The Commissioner's denial of benefits is **AFFIRMED,** and the instant action is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED** this 19th day of February, 2013.

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE